```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  YAHTHYAH YAHVAH,              )   NO. CV 19-2799-MWF (AGR)
12               Plaintiff,       )
                                  )   ORDER ACCEPTING FINDINGS AND
13       v.                       )   RECOMMENDATION OF UNITED
                                  )   STATES MAGISTRATE JUDGE
14  COUNTY OF LOS ANGELES,        )
                                  )
15               Defendants.      )
                                  )
16
```

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant's motion to dismiss the complaint is granted with leave to file a First Amended Complaint consistent with the Magistrate Judge's recommendations.

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

Plaintiff is advised that if she fails to file a timely and First Amended Complaint within 30 days after the entry of this order, this action may be dismissed.

DATED: February 6, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge