UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHTHYAH YAHVAH,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES,<br><br>Defendants. | NO. CV 19-2799-MWF (AGR)<br><br>ORDER OF DISMISSAL |

On February 6, 2020, the Court dismissed Plaintiff's Complaint with leave to file a First Amended Complaint within 30 days after entry of the order. The Court warned Plaintiff that failure to file a timely First Amended Complaint may result in dismissal of the complaint. (Dkt. No. 18.)

Plaintiff failed to file a First Amended Complaint or request an extension of time to do so.

Accordingly, IT IS ORDERED that this action is DISMISSED.

**IT IS SO ORDERED.**

DATED: March 16, 2020

MICHAEL W. FITZGERALD
United States District Judge